**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ricardo FLORES–GARCIA, Defendant–Appellant.**

**No. 08–50582.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009 *.

Filed Oct. 13, 2009.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Bruce R. Castetter, Randy K. Jones, Esquire, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Marc B. Geller, Esquire, Marc B. Geller, Attorney at Law, APC, San Diego, CA, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

R.App. P. 34(a)(2).

MEMORANDUM **

Ricardo Flores–Garcia appeals the sentence imposed following his guilty plea to being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

Flores–Garcia contends that the district court failed to consider properly all of the 18 U.S.C. § 3553(a) factors when it sentenced him, thereby rendering his sentence unreasonable. Our review of the record shows that the district court considered all of the factors under 18 U.S.C. § 3553(a) when it sentenced Flores–Garcia, and sentenced him in accordance with those factors. *See United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc). Accordingly, we conclude the district court's 65–month sentence was reasonable.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

